```
                          United States Bankruptcy Court
                           Central District of California
In re:                                                             Case No. 18-10445-DS
Derek Michael Levin                                                Chapter 7
Erika Levin
          Debtors                        CERTIFICATE OF NOTICE
District/off: 0973-9           User: admin                Page 1 of 2                 Date Rcvd: Jul 02, 2018
                               Form ID: 318a              Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2018.
db/jdb         +Derek Michael Levin,    Erika Levin,    1561 Flynn Rd., #4115,    Camarillo, CA 93012-5814
smg            +County Assessor,    County Government Center, Room 100,    San Luis Obispo, CA 93408-0001
cr             +Santander Consumer USA Inc.,    c/o Stewart, Zlimen & Jungers, Ltd.,    2860 Patton Road,
                 Roseville, MN 55113-1100
38419113       +Account Recovery Servi,    Po Box 1691,    Oxnard, CA 93032-1691
38419114       +Agoura West Valley Ped.,    7230 Medical Center Drive, #402,    West Hills, CA 91307-4027
38419118       +Cont Credit,    22 N Milpas St Ste C,    Santa Barbara, CA 93103-3300
38419119        Department of Water & Power,    City of Los Angeles,    Attn: Bankruptcy,    P.O. Box 51111,
                 Los Angeles, CA 90051-5700
38419129      ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court: Nissan-infiniti Lt,     2901 Kinwest Pkwy,    Irving, TX 75063)
38419127       +National Commercial Se,    6644 Valjean Ave Ste 100,    Van Nuys, CA 91406-5816
38419128       +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
38419130       +Palms Imaging,    PO Box 190,    Simi Valley, CA 93062-0190
38419139        West Hills Pathology Consult.,    2700 Southwyck Blvd., Suite 206,    Toledo, OH 43614
38419140       +William Chow, MD,    8635 W 3rd Street, #450W,    Los Angeles, CA 90048-6147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: BSMCBETH.COM Jul 03 2018 07:03:00     Sandra McBeth (TR),    7343 El Camino Real, #185,
                 Atascdero, CA 93422-4697
smg             E-mail/Text: SBCBankruptcy@co.santa-barbara.ca.us Jul 03 2018 03:08:39     County Tax Collector,
                 P.O. Box 357,    Santa Barbara, CA 93102-0357
smg             EDI: EDD.COM Jul 03 2018 07:03:00     Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA 94280-0001
smg             EDI: CALTAX.COM Jul 03 2018 07:03:00     Franchise Tax Board,    Bankruptcy Section MS: A-340,
                 P.O. Box 2952,    Sacramento, CA 95812-2952
cr             +EDI: AISACG.COM Jul 03 2018 07:04:00     BMW Financial Services NA, LLC, c/o AIS Portfolio,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
38419115        EDI: BMW.COM Jul 03 2018 07:04:00     Bmw Financial Services,    5515 Parkcenter Cir,
                 Dublin, OH 43017
38419116        EDI: CAPITALONE.COM Jul 03 2018 07:04:00     Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
38419117       +EDI: CITICORP.COM Jul 03 2018 07:04:00     Citi,    Pob 6241,    Sioux Falls, SD 57117-6241
38419120       +EDI: TSYS2.COM Jul 03 2018 07:03:00     Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
38419121       +E-mail/Text: bknotice@ercbpo.com Jul 03 2018 03:08:58     Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
38419122       +E-mail/Text: admin@forestrecoveryservices.com Jul 03 2018 03:09:20     Forest Recovery Servic,
                 Po Box 83,    Barrington, IL 60011-0083
38419123        EDI: CALTAX.COM Jul 03 2018 07:03:00     Franchise Tax Board,    Bankruptcy Section MS A340,
                 P.O. Box 2952,    Sacramento, CA 95812-2952
38419124        EDI: IRS.COM Jul 03 2018 07:08:00     Internal Revenue Service,
                 Centralized Insolvency Operation,    P. O. Box 7346,    Philadelphia, PA 19101-7346
38419125       +E-mail/Text: compliance@iqdata-inc.com Jul 03 2018 03:09:41     Iq Data Int,
                 1010 Se Everett Mall Way,    Everett, WA 98208-2855
38419126        EDI: PARALONMEDCREDT Jul 03 2018 07:03:00     Medicredit, Inc.,    PO Box 1629,
                 Maryland Heights, MO 63043-0629
38419126        E-mail/Text: rcpsbankruptcynotices@parallon.com Jul 03 2018 03:09:27     Medicredit, Inc.,
                 PO Box 1629,    Maryland Heights, MO 63043-0629
38419131       +EDI: PRA.COM Jul 03 2018 07:03:00     Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
38419132       +EDI: DRIV.COM Jul 03 2018 07:03:00     Santander Consumer Usa,    Po Box 961245,
                 Ft Worth, TX 76161-0244
38419133        E-mail/Text: DL-CSGBankruptcy@charter.com Jul 03 2018 03:09:10     Time Warner Cable,
                 P.O. Box 60074,    City of Industry, CA 91716-0074
38419134        EDI: USBANKARS.COM Jul 03 2018 07:03:00     Us Bank,    Po Box 790084,    Saint Louis, MO 63179
38419135        EDI: USBANKARS.COM Jul 03 2018 07:03:00     Us Bk Rms Cc,    Po Box 108,    Saint Louis, MO 63166
38419136       +E-mail/Text: vci.bkcy@vwcredit.com Jul 03 2018 03:08:59     Vw Credit Inc,    1401 Franklin Blvd,
                 Libertyville, IL 60048-4460
38419137        EDI: HCA2.COM Jul 03 2018 07:08:00     West Hills Hospital & Med. Center,    P.O. Box 740766,
                 Cincinnati, OH 45274-0766
                                                                                               TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Courtesy NEF
38419138*       West Hills Hospital & Med. Center,   P.O. Box 740766,    Cincinnati, OH 45274-0766
                                                                                       TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0973-9          User: admin              Page 2 of 2                   Date Rcvd: Jul 02, 2018
                              Form ID: 318a            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2018 at the address(es) listed below:
```
              Allan S Williams    on behalf of Joint Debtor Erika  Levin allan@aswlawgroup.com
              Allan S Williams    on behalf of Debtor Derek Michael Levin allan@aswlawgroup.com
              Sandra  McBeth (TR)    jwalker@mcbethlegal.com, CA65@ecfcbis.com
              Sejal  Parmar    on behalf of Creditor    BMW Financial Services NA, LLC, c/o AIS Portfolio
               Services, LP sparmar2@aissolution.com
              United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
              Valerie  Smith    on behalf of Interested Party    Courtesy NEF claims@recoverycorp.com
                                                                                            TOTAL: 6
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Derek Michael Levin** | Social Security number or ITIN **xxx–xx–9992** |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Erika Levin** | Social Security number or ITIN **xxx–xx–1428** |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Central District of California** | | |
| Case number:  **9:18–bk–10445–DS** | | |

## Order of Discharge – Chapter 7                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Derek Michael Levin                              Erika Levin
faw Capstone Automotive                    faw Capstone Automotive, fka Erika Gutierrez

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 7/2/18             Debtor 2 Discharge Date: 7/2/18

**Dated:** 7/2/18

**By the court:** Deborah J. Saltzman
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**14/AUT**
**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc        **Order of Chapter 7 Discharge**        page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**